JOSEPH L. STEINFELD, JR.
jsteinfeld@askllp.com
BRIGETTE MCGRATH
bmcgrath@askllp.com
GARY D. UNDERDAHL
gunderdahl@askllp.com
ASK LLP, 2600 Eagan Woods Drive
Suite 400, St. Paul, MN 55121
Tel: (651) 406-9665 / Fax: (651) 406-9676

*Counsel to Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al*.,<br><br>    Debtors and Debtors In Possession.<br><br>Howard Grobstein, Liquidating Trustee for the VHS Liquidating Trust,<br><br>    Plaintiff,<br><br>v.<br><br>WageWorks, Inc.,<br><br>    Defendant. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER;<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>Adversary No. 20-01484<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF AN ADVERSARY PROCEEDING<br>THAT DOES NOT INVOLVE CLAIMS UNDER 11 U.S.C. § 727**<br><br>**[FRBP 7041(a)]** |

A complaint was filed on August 28, 2020 and none of the claims involve 11 U.S.C. § 727. No response has been filed with the Court or served on the Plaintiff. The Plaintiff hereby voluntarily dismisses the Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), incorporated by Federal Rule of Bankruptcy Procedure 7041(a). This dismissal is with prejudice.

**ASK LLP**
2600 Eagan Woods Drive
Suite 400, St. Paul, MN  55121
Tel: (651) 406-9665 / Fax: (651) 406-9676
Joseph L. Steinfeld, Jr.
Brigette McGrath
Gary D. Underdahl

By: /s/ *Gary D. Underdahl*
    Gary D. Underdahl, MN SBN 0301693
    *(Admitted Pro Hac Vice)*

*Counsel for the Liquidating Trustee*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: ASK LLP 2600 Eagan Woods Drive, Suite 400, Eagan, MN 55121

A true and correct copy of the foregoing document entitled: **NOTICE OF VOLUNTARY DISMISSAL OF AN ADVERSARY PROCEEDING THAT DOES NOT INVOLVE CLAIMS UNDER 11 U.S.C. § 727** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the Court via NEF and hyperlink to the document. On February 26, 2021 __X__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
tania.moyron@dentons.com;  jsteinfeld@askllp.com;

**2. SERVED BY UNITED STATES MAIL**: On February 26, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed:

Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

WageWorks, Inc.
ATTN: Michelle Sangter
1825 South Grant Street, Suite 725
San Mateo, CA 94402

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ __X__ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

2

3  February 26, 2021   */s/ Jean Esslinger*
                       Jean Esslinger
4

ASK LLP
2600 EAGAN WOODS DR., SUITE 400
EAGAN, MN 55121
(651) 406-9665

- 4 -